UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS URIEL SALMERON-JUAREZ,<br><br>　　　　Defendant. | Case No. 2:22-cr-00211-ART-BNW<br><br>**ORDER APPROVING STIPULTATION TO CONTINUE HEARING FOR WAIVER OF INDICTMENT, FILING OF AN INFORMATION, INITIAL APPEARANCE/ARRAIGNMENT & PLEA AND SENTENCING** |

　　Based on the stipulation of counsel (ECF No. 17), good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

　　IT IS THEREFORE ORDERED that the Hearing for Waiver of Indictment, Filing of an Information, Initial Appearance/Arraignment & Plea and Sentencing currently scheduled for Friday, January 20, 2023 at 1:00 p.m., be vacated and continued to Thursday, April 13, 2023, at 1:00 p.m. before U.S. District Court Judge Traum in a Las Vegas courtroom to be determined.

DATED this <u>19th day of January, 2023</u>.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE