UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS URIEL SALMERON-JUAREZ,<br><br>  Defendant. | Case No. 2:22-cr-00211-ART-BNW<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINES TO CONDUCT HEARING FOR WAIVER OF INDICTMENT, FILING OF AN INFORMATION, INITIAL APPEARANCE/ ARRAIGNMENT & PLEA AND SENTENCING** |

Based on the stipulation of counsel (ECF No. 19), good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the Hearing for Waiver of Indictment, Filing of an Information, Initial Appearance/Arraignment & Plea and Sentencing currently scheduled on April 13, 2023, at the hour of 1:00 p.m. be vacated and continued to Tuesday, May 9, 2023, at the hour of 1:30 p.m.

DATED this 10th day of April, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE